

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLIE TIMOTHY JANES, SR.,

    Petitioner,

vs.

UNITED STATES OF AMERICA, INC.,
EXECUTIVE DEPARTMENT OF
JUSTICE, and JOSE VAZQUEZ,
Warden,

    Respondents.

CIVIL ACTION NO. CV205-067

## ORDER

Petitioner filed a motion titled "Motion to the District Court Judge for Entry of [J}udgment by [P]rocedural [D]efault As A Matter of Law and Justice Require; ... ." (Doc. 15.) He states that Respondents have not timely responded to his petition for habeas relief and therefore he believes he is entitled to be released. Petitioner's motion for entry of default judgment is **DENIED.** A review of the Clerk's docket shows that on March 23, 2005, Magistrate Judge Graham entered an order directing that the United States Marshal perfect service upon the Respondents and the United States Attorney for the Southern District of Georgia. The Marshals' return of that service shows that the U.S. Attorney was served on April 20, 2005. The Respondents filed a return on May 10, 2005. The response to Petitioner's application for habeas relief was timely filed.

In the Respondents' Return on Order to Show Cause, they correctly state that the only proper respondent in a 28 U.S.C. § 2241 motion is the Warden at the facility where

Petitioner is incarcerated. Respondents move for dismissal of "The United States of America, Inc." and "Executive Department of Justice." That motion is **GRANTED.** The Clerk is directed to dismiss Respondents "The United States of America, Inc." and "Executive Department of Justice."

**SO ORDERED**, this 31 day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

JANES )

vs ) CASE NUMBER CV205-67

USA, ET AL )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/31/05, which is part of the official record of this case.

Date of Mailing: 8/31/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Charlie Janes, 28737-004, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Delora Kennebrew

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate