

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLIE TIMOTHY JANES, SR.,

    Petitioner,

vs.

    CIVIL ACTION NO. CV205-067

JOSE VAZQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. It appears that Janes objects to the Magistrate Judge's issuance of a Report and Recommendation in this cause of action.

28 U.S.C.A. § 636(b)(1)(B) permits a District Court Judge to designate a Magistrate Judge to submit his proposed findings of fact and recommendations for the disposition of any post-trial matter, including an application for a writ of habeas corpus. The parties need not consent to such a participation by the Magistrate Judge's during this stage of the litigation.

AO 72A
(Rev. 8/82)

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Janes' petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 16th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA