IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLIE TIMOTHY JANES, SR.,

    Petitioner,

vs.

JOSE VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO. CV205-067

## ORDER

As this case was dismissed by Order dated November 16, 2005, Petitioner's "Motion to Strike and/or Dismiss Items" (Doc. 34) is **DISMISSED** as moot.

**SO ORDERED**, this 15th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)