IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 26  P 4: 29

CLERK _____

| | |
|---|---|
| CHARLIE TIMOTHY JANES, SR., | |
| Petitioner, | |
| vs. | CIVIL ACTION NO. CV205-067 |
| JOSE VAZQUEZ, Warden, | |
| Respondent. | |

## ORDER

Petitioner has filed "Pre-Mature Notice of Appeal, With Motion to Stay Pending Disposition of Outstanding Motions on the Merits." A review shows that this action for habeas corpus relief pursuant to 28 U.S.C. § 2241 was dismissed by Order dated November 16, 2005. Petitioner's Notice of Appeal, filed January 20, 2006, is not premature. That portion of Petitioner's filing moving to stay his appeal pending disposition of outstanding motions on the merits is **dismissed** as moot as there are no motions pending in this closed case.

SO ORDERED, this 26 day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)